**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

First Selected Capital Corporation,

Plaintiff,

vs.

Global Photon Systems, Inc.,

Defendant.

Court File No. 00-2050 MJD/SRN

**STIPULATION OF DISMISSAL WITHOUT PREJUIDICE** and Order

The undersigned by and on behalf of their respective clients and the parties in the above referenced matter, do hereby stipulate to dismissal of this lawsuit without prejudice and without costs to either party.

MAUN & SIMON PLC

Geoffrey P. Jarpe, (#49761)
Jeffrey B. Stites, (#271962)
Attorneys for Defendant
801 Nicollet Mall Suite 2000
Minneapolis, MN 55402
(612) 904-7400

Dated: 11-1-00

BALE ANDERSON POLSTEIN
RANDALL & HILL, LTD

Peter G. Hill (#4510X)
Attorneys for Plaintiff
607 Marquette Ave. Suite 400
Minneapolis, MN 55402
(612) 332-8063

Dated: 10/31/00

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is dismissed without prejudice and without costs to either party.

Dated: 11-6-00.

Judge, U.S. District Court

FILED 11/6/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK